```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                         Minute of Proceeding
```

OFFICE: Trenton

JUDGE: Peter G. Sheridan              Date: May 22, 2014

Court Reporter: Frank Gable

TITLE OF CASE:                        Civ. 12-5198(PGS)
David Spector, et al
     vs.
Cherry Hill Township, et al

APPEARANCES:
Stephen P. DeNittis and Ross  H. Schmierer, Esqs for Plaintiffs
Jeffrey R. Johnson, Esq. for Defendant Cherry Hill Township
Dennis J. Drasco and Virginia O'Malley, Esqs for Defendant Redflex Traffic Systems
Patrick J. Madden, Esq for Defendant Borough of Stratford

NATURE OF PROCEEDINGS:

Hearing on Motion [66] by Plaintiffs Henry Anderson and David Spector for Settlement Final Approval of Proposed Class Action Settlement.
Ordered motion granted.

Hearing on Motion[67] by Plaintiffs Henry Anderson and David Spector for Attorney Fees and Costs.
Ordered motion granted.

Hearing on Motion [68] by Plainitffs Henry Anderson and David Spector to Award Lead Class Representatives Incentive Awards.
Ordered motion granted.

Order filed.


TIME COMMENCED: 10:00 A.M.
TIME ADJOURNED: 11:00 A.M.                        s/Dolores J. Hicks
TOTAL TIME:       1:00                               Deputy Clerk